UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LIGHTER, | No. C 12-6250 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| U.S. GRAND JURIES FOR THE NORTHERN DISTRICT OF CALIFORNIA; et al., | |
| Defendants. | |

This action is dismissed with prejudice because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 18, 2013

_____
SUSAN ILLSTON
United States District Judge