UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC LIGHTER,

    Plaintiff,

v.

U.S. GRAND JURIES FOR THE NORTHERN DISTRICT OF CALIFORNIA; et al.,

    Defendants.
                               /

No. C 12-6250 SI (pr)

**ORDER**

The court dismissed this action as frivolous and entered judgment on April 18, 2013. Plaintiff then filed a notice of appeal. The Ninth Circuit has referred the matter to this court to determine whether *in forma pauperis* status should continue for plaintiff on appeal or whether the appeal is frivolous or taken in bad faith. Upon review of the plaintiff's filings and the court's orders, the court now determines that the appeal is frivolous and revokes plaintiff's *in forma pauperis* status.

    IT IS SO ORDERED.

Dated: May 7, 2013

                                          SUSAN ILLSTON
                                          United States District Judge