FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC LIGHTER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>U.S. GRAND JURIES FOR THE NORTHERN DISTRICT OF CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No. 13-15876<br><br>D.C. No. 3:12-cv-06250-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: LEAVY, TASHIMA, and GRABER, Circuit Judges.

Appellant's motions for extensions of time to comply with the August 28, 2013 order are granted. Appellant has paid the filing and docketing fees for this appeal, and has filed or submitted responses to the order to show cause.

The scope of this appeal is limited to review of district court case No. 3:12-cv-06250, and does not extend to appellant's pending criminal case.

Appellant's request that "this Court utilize this case in toto to act as an amicus petition to any en banc appeal of *US v. Bonds*, Case No. 11-10669" is denied. Appellant additionally requests that this court take "judicial notice" of

SL/MOATT

appeal No. 11-10669 (docket No. 24). This court declines to consider appeal No. 11-10669 in addressing this appeal No. 13-15876.

Appellant's "second errata; motions; cos" (docket No. 23) requests that this court file his received submissions and "order disgorgement of said stolen confessions." Both requests are denied.

A review of the record, and petitioner's submissions and filings in this appeal, including the opening brief received on June 19, 2013, and the "draft" opening brief filed on May 10, 2013, demonstrates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All other pending requests are denied as moot.

**AFFIRMED.**