UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC LIGHTER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>U.S. GRAND JURIES FOR THE NORTHERN DISTRICT OF CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No. 13-15876<br><br>D.C. No. 3:12-cv-06250-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered February 24, 2014, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk